IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818-325-2888
Fax: 818-325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MARIA E. HANAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA E. HANAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: CV 20-04742-SK<br><br>[PROPOSED] ORDER AWARDING EAJA FEES<br><br>STEVE KIM<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND EIGHT HUNDRED TWENTY DOLLERS ($6,820.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:   9/22/2021

_____
STEVE KIM
UNITED STATES MAGISTRATE JUDGE